IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv95

| | |
|---|---|
| NADINE ADIEL TRAMPER, ) <br> Individually and as Adminstrator of ) <br> The Estate of K.L.T., her deceased ) <br> minor son, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant. ) <br> _____ ) | **ORDER** |

Pending before the Court is the Joint Motion to Stay [# 7] filed by the parties. The parties move to stay these proceedings for forty-five days while they pursue early mediation scheduled for March 27, 2013. For good cause shown, the Court **GRANTS** the motion [# 7]. The Court **STAYS** this case until April 15, 2013.

Signed: March 12, 2013

Dennis L. Howell
United States Magistrate Judge