IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:12cv95

| | | |
|---|---|---|
| NADINE ADIEL TRAMPER, Individually and as Adminstrator of The Estate of K.L.T., her deceased minor son, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Joint Motion to Stay [# 7] filed by the parties. The parties move to stay these proceedings for forty-five days while they pursue early mediation scheduled for March 27, 2013. For good cause shown, the Court **GRANTS** the motion [# 7]. The Court **STAYS** this case until April 15, 2013.

Signed: March 12, 2013

Dennis L. Howell
United States Magistrate Judge