IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil Action No. 2:12-cv-00095

| | |
|---|---|
| NADINE ADIEL TRAMPER, individually, and as Administrator of the Estate of K.L.T., her deceased minor son, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties stipulate a dismissal of this action with prejudice with each party bearing its own costs and attorneys fees.

CONSENTED TO:

**s/ Fred D. Smith, Jr.**
Fred D. Smith, Jr.
Fred D. Smith, Jr., P.C.
Attorney for Plaintiff

**s/ Kevin Morgan Elwell**
Kevin Morgan Elwell
K.M. Elwell, P.C.
Attorney for Plaintiff

**s/ Allison C. Carroll**
Allison C. Carroll
Special Assistant United States Attorney
For the Defendant, United States

## CERTIFICATE OF SERVICE

I CERTIFIY that according to CM/ECF records, a copy of the foregoing Joint Stipulation of Dismissal was served on the individuals listed below via electronic notification from the District Court:

Allison C. Carroll, Esquire
Allison.Carroll@usdoj.gov

Attorney for Defendant

This the 8th day of May, 2013.

        NADINE ADIEL TRAMPER, individually and as Administrator of the Estate of K.L.T., her deceased minor son

        **s/ Fred D. Smith, Jr.**
        Fred D. Smith, Jr. (N.C. Bar# 25887)
        FRED D. SMITH, JR., P.C.
        46 West Main Street
        P.O. Box 991
        Martinsville, VA 24114-0991
        (276) 638-2555 [telephone]
        (276) 638-2550 [facsimile]
        freddsmithjr@embarqmail.com